UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:  
Kristin D. Zalewski f/k/a  
Kristin Dawn Harris  
    Debtor  

_____/

Chapter 13  
Case No.: 16-12249

### MOTION OF PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY

PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee ("Movant"), a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) and §1301(c) for relief from the automatic stay of 11 U.S.C. §362(a) and codebtor stay of 11 U.S.C. §1301(a) so that it may foreclose a Mortgage which it holds on real property known and numbered as 6 Bartholomew Street, Peabody, MA 01960. In support of its motion, Movant states the following:

1. On September 17, 2010, Kristin Harris ("Debtor") and Edward Harris ("Codebtor") executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to Reliant Mortgage Company, LLC, a Massachusetts Limited Liability Company. The Note is secured by a Mortgage also dated September 17, 2010 and recorded in the Essex County (Southern District) Registry of Deeds in Book 29778 at Page 167 (the "Mortgage", a copy of which is attached hereto as Exhibit "B"), on real property owned by Debtor and known and numbered as 6 Bartholomew Street, Peabody, MA 01960 (the "Real Property").

2. Movant is the current holder of the Mortgage by virtue of (5) Assignments of Mortgage recorded in the Essex County (Southern District) Registry of Deeds (the "Assignments", a copies of which is attached hereto as Exhibit "C").

3. There is no other collateral securing the Note.

4. Specialized Loan Servicing LLC services the loan on the Property referenced in this

Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

5. On June 12, 2016, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

6. As of March 8, 2017, the post-petition delinquency owed by Debtor on the Note is $5,727.36. Movant estimates that, if a hearing on this motion is held within thirty days of the date of filing, an additional payment and late charge will come due and owing.

7. According to Debtors' Schedule A, the fair market value of the Real Property is $323,100.48.

8. Movant estimates that the liquidation value is no greater than $303,714.46.

9. Upon information and belief, there are no additional liens or encumbrances on the Real Property.

10. As of March 8, 2017 the total outstanding balance owed on the Note was $353,376.64.

11. The estimated total amount of encumbrances on the Real Property is $353,376.64.

12. According to the Proof of Claim filed on behalf of Movant, the pre-petition arrearage due and owing is $96,160.48.

13. Debtor's Chapter 13 Plan has not been confirmed and provides for direct post-petition payments to Movant.

14. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because Debtor has not made payments pursuant to the Note and Mortgage.

15. Movant is entitled to relief from the codebtor stay pursuant to 11 U.S.C. §1301(c) because continuation of the stay will cause irreparable harm to Movant.

WHEREFORE, Movant moves that the Court enter an Order granting Movant relief from the automatic stay pursuant to 11 U.S.C. §362(d) and codebtor stay pursuant to 11 U.S.C. §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage. They may also proceed according to applicable state and federal law and may commence a summary process action against occupants of the Real Property.

PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee
By its attorneys,

Date: April 10, 2017

/s/ Joseph Dolben, Esq.
Joseph Dolben, Esq., #673113
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone:  (401) 234-9200
jdolben@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:  
Kristin D. Zalewski f/k/a  
Kristin Dawn Harris  
    Debtor  
_____/

Chapter 13  
Case No.: 16-12249

**CERTIFICATE OF SERVICE**

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on April 10, 2017, I served a copy of the Motion for Relief and Proposed Order on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 10th day of April 2017

    /s/ Joseph Dolben, Esq.  
    Joseph Dolben, Esq., #673113  
    Marinosci Law Group, P.C.  
    275 West Natick Road, Suite 500  
    Warwick, RI 02886  
    Telephone: (401) 234-9200

VIA ECF  
Richard S. Ravosa, Esq., on behalf of Debtor  
John Fitzgerald, on behalf of the U.S. Trustee  
Carolyn Bankowski, on behalf of the Trustee

VIA US MAIL  
Kristin D Zalewski  
6 Bartholomew Street  
Peabody, MA 01960

Edward Harris  
48 Gates Road  
Saugus, MA 01907

City of Peabody - Tax Collector  
24 Lowell Street  
Peabody, MA 01960

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:  
Kristin D. Zalewski f/k/a  
Kristin Dawn Harris  
    Debtor  
_____/

Chapter 13  
Case No.:  16-12249

**ORDER RE:  MOTION OF PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEEFOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY**

PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee ("Movant"), by and through its attorneys, Marinosci Law Group, P.C., having filed for Relief From Stay regarding real property known and numbered as 6 Bartholomew Street, Peabody, MA 01960 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Movant for Relief From Stay is allowed and Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) and codebtor stay pursuant to 11 U.S.C. §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage and applicable state and federal law and to commence a summary process action against occupants of that property.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2017

_____  
U.S. BANKRUPTCY JUDGE